711

Commonwealth ex rel. Milligan, Appellant, *v.*
Maroney.

Submitted November 8, 1965.
*Calvin Milligan,* appellant, in propria persona; *Archie O. Wallace,* Assistant District Attorney, for appellee.
Order affirmed.

Commonwealth ex rel. Monk, Appellant, *v.*
Maroney.

Submitted November 8, 1965.
*Richard W. Monk, Jr.,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.
Order affirmed.

Commonwealth ex rel. Nash, Appellant, *v.*
Maroney.

Submitted November 8, 1965.
*Richard Nash,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.
Order affirmed.